

www.pbwt.com

November 13, 2023

Lauren Potter
(212) 336-2117

The oral argument scheduled for
November 20, 2023 is adjourned
until December 6, 2023 at 2:30
p.m.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
November 14, 2023

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *McGhee v. Annucci*, **1:22-cv-05801-AKH**

Dear Judge Hellerstein:

I represent Petitioner Darrin McGhee in the above-captioned habeas corpus proceeding.  Oral argument is currently scheduled for Monday, November 20, 2023.  Due to pre-existing commitments and deadlines, we respectfully request that the Court adjourn oral argument in this matter to a date between November 28 and December 8, 2023 that is convenient for the Court.  The People are not opposed to adjourning the argument, provided that the argument is not scheduled during December 15-20, 2023 or January 4-16, 2024.

Very truly yours,

/s/ Lauren Potter
Lauren Potter

cc:     Alexander Michaels
        Assistant District Attorney
        New York County
        One Hogan Place
        New York, New York 10013
        michaelsa@dany.nyc.gov