**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARRIN MCGHEE,

                Petitioner,                22 **CIVIL** 5801 (AKH)

    -against-                              **JUDGMENT**

ANTHONY J. ANNUCCI, et al.,
                Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated January 3, 2024, the petition for relief pursuant to § 2254 is denied and the action is dismissed. Although, in my opinion, Petitioner McGhee has failed to make a substantial showing of the denial of a constitutional right, the differences of opinion among the judges' rulings in this case, and the violation the first two Brady prongs, warrant the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**DATED:**  New York, New York
            January 03, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                         **BY:**

                                                         **Deputy Clerk**